No. 360. GROVE PRESS, INC., ET AL. *v.* FLASK ET AL. Appeal from D. C. N. D. Ohio. Motion of Charles H. Keating, Jr., for leave to file a brief as *amicus curiae* granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 362. McGEE *v.* UNITED STATES. C. A. 2d Cir. [Certiorari granted, *ante,* p. 864.] Motion of the Solicitor General for leave to Wm. Bradford Reynolds to present oral argument *pro hac vice* granted.

No. 464. GAINESVILLE UTILITIES DEPARTMENT ET AL. *v.* FLORIDA POWER CORP.; and
No. 469. FEDERAL POWER COMMISSION *v.* FLORIDA POWER CORP. C. A. 5th Cir. [Certiorari granted, *ante,* p. 877.] Motion of American Public Power Assn. for leave to file a brief as *amicus curiae* granted.

No. 5175. PEREZ ET UX. *v.* CAMPBELL ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 818.] Motion of National Organization for Women for leave to file a brief as *amicus curiae* granted.

No. 5949. BRINLEE *v.* HENDERSON, WARDEN;
No. 5957. JACKSON *v.* CRAVEN, WARDEN;
No. 6005. JOHNSON *v.* KERR, U. S. DISTRICT JUDGE, ET AL.; and
No. 6013. WALLACE *v.* WINGO, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 5959. GINGER *v.* KELLEY, ATTORNEY GENERAL OF MICHIGAN, ET AL.;
No. 5970. GARVIE *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL.; and
No. 5991. PAIDE *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL. Motions for leave to file petitions for writs of mandamus and/or prohibition denied.